

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** UNITED STATES OF AMERICA

**Defendant(s):** DEMARCO WILLIAMS

**County of Residence:**

**County of Residence:** MARION

**Plaintiff's Address:**
AUSA
United States Attorney's Office
219 South Dearborn Street
Chicago, IL 60604

**Defendant's Attorney:**
DeMarco Williams
#11054-424
Marion - USP
P.O. Box 1000
Marion, IL 62959

FILED
JUL - 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 2. U.S. Government Defendant
☐ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

08CV3772
JUDGE GOTTSCHALL
MAG. JUDGE MASON

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 Motion to vacate

**Cause of Action:** 28:2255

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** A. E. Woodham   **Date:** 07/02/2008

Gottschall  98CR208-2
needs Mag J.