UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DeMARCO WILLIAMS | ) | |
| | ) | No. 08 CV 3772 |
| v. | ) | |
| | ) | Judge Joan B. Gottschall |
| UNITED STATES OF AMERICA | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

Respectfully submitted,
PATRICK J. FITZGERALD
United States Attorney

By:   /s/Megan Cunniff Church
Megan Cunniff Church
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-1173

**CERTIFICATE OF SERVICE**

     I, Megan Cunniff Church, an Assistant United States Attorney, hereby certify that I have caused a copy of the foregoing Attorney Designation to be served upon plaintiff at the following address:

> DeMarco Williams
> #11054-424
> Marion - USP
> P.O. Box 1000
> Marion, Illinois 62959

by placing said copy in the United States mail in a first-class, postage-paid envelope on July 18, 2008.

                                            /s/ Megan Cunniff Church
                                            Megan Cunniff Church
                                            Assistant United States Attorney