## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3772 | **DATE** | 8/13/2008 |
| **CASE TITLE** | United States of America vs. DeMarco Williams | | |

**DOCKET ENTRY TEXT**

On June 30, 2008, DeMarco Williams filed a § 2255 motion to vacate, set aside or correct his sentence [1]. The court orders the clerk to make service copies and serve the motion on the designated United States Attorney. The court grants the government 45 days to respond to the motion. If he wishes, Williams may reply in support of his motion 28 days after he receives the government's response. If no reply is received within the time allotted, the motion will be considered fully briefed. The court will rule by mail.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ/DAM |
|---|---|---|

Case 1:08-cv-03772    Document 5    Filed 08/13/2008    Page 1 of 1

08C3772 United States of America vs. Demarco Williams                                    Page 1 of 1